IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ELECTRONIC RECEIPTS DELIVERY SYSTEMS, LLC, | § § § § | |
| Plaintiff, | § | Case No: 2:17-cv-633 |
| vs. | § § § | |
| TARGET CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Electronic Receipts Delivery Systems LLC's ("ERDS") motion to dismiss without prejudice to (Dkt. No. 4), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In light of the Notice of Dismissal, it is hereby **ORDERED** that ERDS's action against Defendant Target Corporation, has been dismissed without prejudice. The Clerk is directed to **CLOSE** the above referenced case. All pending motions in this case are hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 22nd day of November, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE